In The United States District Court
For The Central District of Illinois

Fredrick Graham
    Plaintiff

v.

C. Mercado, et al
T. Ross, Kirby,
Boyd, Sara Revell,
Williams, Corizon Medical

Order To Show Cause For An Preliminary Injunction and A Temporary Restraining Order (Emergency Injunction)
Civil Action No. ___

    Upon the Complaint, the supporting affidavits of the Plaintiff, and the memorandum of law submitted herewith, it is:

    Ordered that defendants; C. Mercado, Lt. Williams, and Cpt. Kirby, also Sara Revell, T. Ross, Dr. Boyd; show case in room _____ of the United States Courthouse, (40 U.S. Courthouse) on the ____ day of _____, 20__, at ____ o'clock, why a Preliminary Injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from (Plaintiff demands to have his (Ensure Plus/or Ensure (Original) prescription provided @ (6) Cartons (3 times) Daily as prescribed by J. Ralls (P.A.) of (OKC Transfer Center) on (11-27-19 / 12-1-019) which T. Ross / Dr. Boyd did discontinue on (12-3-19) for no reason causation of 23 lbs loss in (24-72) hours.)

1

Plaintiff was transferred from (U.S.P. Lewisburg, PA) on (11-25-19) and have been on a (525+) missed meal (Food/Water - Hunger Strike) he received (9) Ensure Plus Cartons @ 350 Calories / 14 g Protein also Thiamine / Multi Vitamins due to Malnourishment / Malnutrition and have been drinking the Ensure Plus since (7/27/19), before he was put in for the transfer to (AUSP Thomson, Ill.) his (Special Diet) was then increased do to the Plaintiff not gaining more than (170 lbs); his natural weight is (235 lbs); also he loses over 10% of weight within (24-72 hrs); Plaintiff received a increase in his (Special Diet) to (6) Ensure Plus Cartons (twice) Daily, and when he reached (OKC Transfer Center) J. Ralls (P.A.) provided the (Dr. Edinger) equivalent of Ensure (Original) @ 250 Calories to (6) Ensure (Original) @ 250 Calories / 9 g Protein (3 times) Daily and ordered the Ensure Plus (Special Nutritional Supplement) per Clinical Directors; Plaintiff remained at 170 lbs for (2) weeks before he arrived at (Thomson); which a (Nurse Smick) and (T. Ross (NP)) also (Dr. Boyd) immediately stopped (Plaintiffs) Ensure (i.e. causing deprivation of a life necessity and violating the Eight Amendment; Foster v. Runnels, 554 F.3d 807 (9th Cir 2009) which Plaintiffs health requires (Ensure for the duration or he can die; (Plaintiff has been without Ensure for (18 days) now and (148 lbs) now, spitting up (blood/feces), having strokes, chest pain, and he was (Judo-Thrown) on his face on (12/18/19) by C. Mercado after he was being escorted from a (Hunger Strike) assessment (vital signs) and T. Ross / V. Darcia refused to provide (stitches) where he has a (3 inch by 2 inch) gash on his chin and his glasses were broken (i.e. Plaintiff; bleeding for (12) hours while inside of ambulatory restraints for (30) hours and waistline is swollen to (2 inches by ½ inch from skin); he is being tortured/retaliated against and denied force feedings / or Ensure (Daily), Robles v. Coughlin, 725 F.2d 12 (2d Cir. 1983); see Memorandum / Declaration, etc. (serious medical needs)

2

It Is Further that effective immediately, and pending the hearing and determination of this order to show cause, the defendants; C. Mercado, Lt. Williams, Cpt. Kirby and Sara Revell, T. Ross, Dr. Boyd also Corizon Medical Services and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from; (Double Celling inmates, forcing inmates to concrete floor for no reason, placing inmates in restraints (ambulatory/four points) for non violent reasons, restrain from (all) defendants; (Plaintiff needs a X-Ray / medical assessment for (injuries); (also Resignations for (all) of the defendants also the officers who refused (stitches/Ensure) and that the procedures of (tight restraints/smacking or smashing the plastic shield) during assessments of restraints deemed unconstitutional; and that he receive a (Restraining order on the reduction / or restriction of his (Ensure) and that he receive (Ensure) as a Special Diet for the duration of his sentence or meet (235 lbs) / or Double Portion meals, also a Emergency transfer to a hospital due to severe dehydration from not eating for (6) months w/o treatment.

It is Further Ordered that the order to show cause, and all other papers attached to this application, be served on the aforesaid

Dated:
United States District Judge