# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:19–cv–01415–SEM–TSH

| | |
|---|---|
| Graham v. Mercado et al | Date Filed: 12/23/2019 |
| Assigned to: Judge Sue E. Myerscough | Jury Demand: None |
| Referred to: Magistrate Judge Tom Schanzle–Haskins | Nature of Suit: 555 Prisoner Petitions – Prison Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Fredrick Graham**     represented by    **Fredrick Graham**
27970–044
THOMSON
Thomson Correctional Center
Inmate Mail/Parcels
PO Box 1002
Thomson, IL 61285
815–259–1177
PRO SE

V.

**Defendant**

**C Mercado**

**Defendant**

**T Ross**

**Defendant**

**. Kirby**

**Defendant**

**. Boyd**

**Defendant**

**Sara Revell**

**Defendant**

**. Williams**

**Defendant**

**Corizon Medical**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2019 | 1 | COMPLAINT against All Defendants, filed by Fredrick Graham. (Attachments: # 1 Envelope)(KE, ilcd) (Entered: 12/27/2019) |
| 12/30/2019 | 2 | MEMORANDUM of Law by Fredrick Graham. (MJC, ilcd) (Entered: 12/30/2019) |
| 01/06/2020 |  | TEXT ORDER entered by Judge Sue E. Myerscough on 1/6/2020. Plaintiff, who is currently incarcerated in Thomson Correctional Center, has initiated this lawsuit in the Central District of Illinois. Plaintiff's allegations concern his treatment at Thomson Correctional Center, which is in the Northern District of Illinois. Venue for federal civil rights actions brought under 42 U.S.C. Sec 1983 is governed by 28 U.S.C. Sec 1391(b). According to that statute, such actions may be brought only in (1) the judicial district where any defendant resides (if all defendants reside in the same State), (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. Since the alleged events are occurring in Thomson Correctional Center, venue lies in the Northern District of Illinois, and it is in the interests of justice that this cause be transferred there. See 28 U.S.C. Sec 1404(a). No summons shall issue in this action unless directed by the transferee court. The clerk is directed to transfer this case to the Northern District of Illinois. (KE, ilcd) (Entered: 01/06/2020) |