

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
**Clerk**

Fredrick Graham
27970−044
Thomson Correctional Center
PO Box 1002
Thomson, IL 61285
1/7/2020

In Re:  Graham v. Mercado et al.,t
USDC for the Northern District of Illinois Case No**:** 1:20 cv 111

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Central District of Illinois (1:19 cv 1415). The case has been assigned number 1:20 cv 111 to the Honorable John J. Tharp Jr.

                        Sincerely yours,
                        Thomas G. Bruton, Clerk


                        By:    Prisoner Correspondence
                                  Deputy Clerk