FILED
1/9/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case: 1:20-cv-00111 Document #: 5 Filed: 01/09/20 Page 1 of 2 PageID #:18

FILED
SCRANTON
JAN 03 2020
PER _____ DEPUTY CLERK

In The United States District Court
For The Middle District of Pennsylvania

Fredrick Braham,
    Plaintiff
  v.
Dep't of Health, Educ. & Welfare, et al.
    Defendants.

Case: 1:19-CV-01571-YK(EB)

Emergency Order/TRO

The Plaintiff has been transferred to (A.U.S.P.) Thomson, Ill., upon his arrival he was (medically provided) Ensure@(6) 3 times (Daily) and received (6) in R&D; after he was housed at T. Ross/Dr. Boyd (illegally discontinued) his mandated Ensure treatment on 12/3/19, for no reason, now he has lost (35 lbs), now (142 lbs), he has never reached over (170 lbs) in (7) months and now I have been w/o Ensure for (24) days and need an (Mandated Permanent Injunction) granting (Force Feedings) or (6) Ensures (3X) Daily and Double Portion meals under my release (2022) as a (Special Diet); also I was Battered/Assaulted by a C. Mercado after being escorted back from a (Hunger Strike) Exam on 12/10/19, I was inside (Interview Room) and was slammed, also when I was inside my cell #E119L, I was with my back toward C. Mercado and handcuffs visible (which is policy) and was (Judo thrown) pulled backwards out of cell and landed on my chin (suffering) 3 by 2 inch-gash to chin (denied stitches by T. Ross/V. Garcia, Dr. Boyd), injured my knees and have swollen jaws and permanent (black scars from being placed in a noose like position on my back in (Ambulatory restraints) by Lt. Williams who and (4) officers pulled up on the (Martin Chain) and caused my waist and wrist to bleed for (30) hours, also I bled from chin for (30) hours (waist have 2 inch scars around to back and also wrist) need (TRO).. and to hold (Corizon/Kathleen Sawyer) in Contempt.

Dated/or Declared on 26th day of December, 2019

    Fredrick Braham
    Plaintiff

1

INMATE NAME: Derrick Dixon
REGISTER NUMBER: 27970-044
ADMINISTRATIVE-UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

"Legal Mail"
12/26/19

QUAD CITIES IL 612
INMATE
30 DEC 2019 PM 1 T
CERTIFICATE
CONFIRMED

Clerk of The Court
U.S. District Court
Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RECEIVED
SCRANTON
JAN 03 2020
PER _____ DEPUTY CLERK