03/12/14

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
JAN 27 2020 PB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*IN FORMA PAUPERIS* APPLICATION
AND
FINANCIAL AFFIDAVIT

Fredrick Draham, Plaintiff

v.

C. Mercado, et al., Defendant(s)

Case Number: 20-C-0111
Judge: Hon. John J. Tharp, Jr.

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Fredrick E. Draham, declare that I am the ☑plaintiff ☑petitioner ☐movant ☐(other Expedited Process) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☑ in support of my motion for appointment of counsel, or ☑ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☑Yes ☐No
   (If "No," go to Question 2)
   I.D. #: 27970-044    Name of prison or jail: (MCFP) Springfield, Mo.
   Do you receive any payment from the institution? ☐Yes ☑No
   Monthly amount: _____

2. Are you currently employed? ☐Yes ☑No
   a. If the answer is "*yes*," state your:
      *Monthly* salary or wages: _____
      Name and address of employer: _____

   b. If the answer is "*no*," state your:
      Beginning and ending dates of last employment: Never obtained (Employment)
      *Last monthly* salary or wages: n/a (Refused a Job since (2016) by (B.O.P.);
      Name and address of last employer: Never obtained Employment since been in (FBOP) since (2014), I request (designation) to (Cadre for Job) here.

3. Are you married? ☐ Yes ☑ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☑ Salary or ☑ wages ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   b. ☑ Business, ☑ profession or ☑ other self-employment ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   c. ☑ Rental income, ☑ interest or ☑ dividends ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   d. ☑ Pensions, ☑ social security, ☑ annuities, ☑ life insurance, ☑ disability, ☑ workers' compensation, ☑ alimony or maintenance or ☑ child support
      ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   e. ☑ Gifts or ☑ inheritances ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   f. ☑ Unemployment, ☑ welfare or ☑ any other public assistance
      ☐ Yes ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   g. ☐ Any other sources (describe source: _____) ☐ Yes ☐ No
      Total received in the last 12 months: _____
      Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☑ No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☑ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☑ No
   Type of property and address: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: _____ Relationship to you: _____
   Amount of monthly mortgage or loan payments: _____
   Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐ Yes ☑ No
   Year, make and model: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☑ No
   Property: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☑ None.
    _____
    _____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☑ None.
    _____
    _____

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: January 15, 2020

*Fredrick E Graham*
Signature of Applicant

Fredrick E. Graham
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Fredrick Graham I.D.# 27970-044, has the sum of $ 27.65 on account to his/her credit at (name of institution) USMCFP. I further certify that the applicant has the following securities to his/her credit: ——. I further certify that during the past six months the applicant's average monthly deposit was $ 180.00. (Add all deposits from all sources and then divide by number of months).

01-17-20
Date

*Edward Hargrove* / Counselor
Signature of Authorized Officer

HARGROVE, EDWARD / COUNSELOR
(Print Name)

# Inmate Statement



| | | | | | |
|---|---|---|---|---|---|
| **Inmate Reg #:** | 27970044 | | **Current Institution:** | Springfield MCFP | |
| **Inmate Name:** | GRAHAM, FREDRICK | | **Housing Unit:** | SPG-E-P | |
| **Report Date:** | 01/17/2020 | | **Living Quarters:** | E01-002L | |
| **Report Time:** | 2:44:52 PM | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 1/14/2020 8:25:41 AM | 74 | | | Sales | $19.75 | | $92.65 |
| SPG | 1/14/2020 7:27:57 AM | 61 | | | Sales | ($19.75) | | $72.90 |
| SPG | 1/4/2020 3:12:20 AM | TX010420 | | | Transfer - In from TRUFACS | $92.65 | | $92.65 |
| SPG | 1/4/2020 3:12:20 AM | 6861 | | | BP-199 Refusal | | ($65.00) | -------- |

**Total Transactions: 4**

**Totals:** $92.65 ($65.00)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $27.65 | $0.00 | $0.00 | $0.00 | $65.00 | $0.00 | $0.00 | $92.65 |
| **Totals:** | **$27.65** | **$0.00** | **$0.00** | **$0.00** | **$65.00** | **$0.00** | **$0.00** | **$92.65** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $180.00 | $166.01 | $104.18 | $92.65 | $95.99 | N/A | N/A |

Fredrick Braham
Reg. No. #27970-044
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

21 JAN 2020 PM 2 L



2020 JAN 27 PM 8:04 JG

01/27/2020-37

"Legal Mail"
10/16/20

Office Of The
Clerk Of The U.S. District Court
United States Courthouse
Northern District Of Illinois
Chicago, Illinois
60604

**U.S. Medical Center for Federal Prisoners**
**P.O. Box 4000**
**Springfield, MO 65801**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem of which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

JAN 17 2020

