AM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Fredrick Draham

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C. Mercado, ETyner,
J.E. Krueger, Smith, Boyd
T. Ross, Propst, Bagwell,
Williams, Deutsch, Cherry,
J. Ralls, Z. Davis,
Dr. Barnes, Dr. Edinger,

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

JAN 27 2020 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 1:20-cv-00111-(JJT)II
(To be supplied by the Clerk of this Court)

"Jury Trial Demanded In This Case"

(Denied Paper/Stamps) * There's an Unconstitutional "No Supplies" sign on my cell door *
**CHECK ONE ONLY:** (Need Protective Order on Ensure Plus / Extra Portion (Special Diet)
(Immediately to insure I can end/start eating food, ability to shop @ Canteen)

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

✓ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

* Legal Mail was opened and placed in "Regular Mail" upon receipt on (1/15/20),
I do not have the Courts address and (Defendants) are refusing commissary
list and have me locked in cell (E01-002)(under camera) / destroyed store items (receipts)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Fredrick Graham

    B. List all aliases: (Frederick E. Graham)

    C. Prisoner identification number: 27970-044

    D. Place of present confinement: MCFP Springfield (Federal Medical Center)

    E. Address: P.O. Box 4000, Springfield, Missouri 65801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: C. Mercado
        Title: (Custody) Officer / Correctional Officer
        Place of Employment: (AUSP) Thomson, Ill. (Federal Prison)

    B. Defendant: J.E. Krueger
        Title: North Central Regional Director
        Place of Employment: North Central Regional Office, Kansas City, KS.

    C. Defendant: Warden Smith
        Title: Warden at (MCFP) Springfield (Medical Center)
        Place of Employment: (MCFP) Springfield, Mo. (Federal Prison)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.) (Need more paper - there's a (denied paper) (Unconstitutional) magnet (tag) on Plaintiff's cell door (E1-002) stating he cannot (write/or) have (No Supplies); he is forced to sleep on the (concrete) floor, denied (paper) and his (order) commissary (store list for 1/7/20; 1/14/20) were destroyed by (C.O. Cherry / Lt. Deutsch) twice when (Canteen) C.O. Meter brought (receipt) to said cell door, Plaintiff needs to purchase stamps from (Canteen) and placed in (Infirmary) he almost died on (1/8/20) (See Labs)! (Emergency) need to add more (Defendants) in (Immediate Danger) Denied (Ensure for (38) Days and almost died in cell (5) days after arrival to (Medical Center) on (1/8/20). (Informed Counselors (Hargrove / Williams) (Daily) of needed (Change of Address) etc. Denied Stamps)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.] (Need Resignations)

Need (Special Diet) food tampered w/ by E.O. Herring, Z. Davis, Pledger, Tomlinson, Wilson and Deutsch, Harmon, Rainer, Cherry / Herring, Tomlinson), Z. Davis, Deutsch (Destroyed Commissary list)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Diedrick Graham vs Dept of Health, et al. 2:19-CV-01571-YK (EB) (MD. Pa 3aCir)(2019)

B. Approximate date of filing lawsuit: (December 2019)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: (Original Caption) Graham vs Connors, Case No. 19-CV-1571-YK (EB) involving care provided for the (7) month (Hunger Strike) (Battery/Assaults) and J.E. Krieger is (Defendant) in (Terre Haute) 2:19-CV-276 (7th Cir 2019) (Need Contempt of Court/Criminal, Civil sanctions on J.E. Krieger)

D. List all defendants: (see Case) pending in Pennsylvania (Plaintiff) is in no condition to remember details, he is now writing this on his stomach lying on a thin unsanitary mattress (w/pepper spray stains, and black metal dust from where the (bunk) was removed (and bleeds, it) and denied his (Centrum Vitamins)/federal inmates cannot be forced to sleep on floor)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Middle District of Pennsylvania, 235 N. Washington, Scranton PA; (Lewisburg, PA, Jurisdiction (Court))

F. Name of judge to whom case was assigned: Judge, (Honorable) Y. Kane Solicitor General/Congress has case (Reviewing) funding and Deposition, etc. (Plaintiff's face is (Skeletal features) sunken in, see bone structure (was muscular build) declining

G. Basic claim made: Involving (Deterioration of Organ (failure), Dental Negligence, Medical Negligence, Emergency Placement in Hospital (Infirmary) for Treatment (Mandated) to End (Hunger Strike) (Need Hospital Bed/Treatment to maintain weight/treat lasting Organ failure)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending (Trial); (Need to Receive) Contempt of Court Sanctions for (monetary) relief of 4.4 million for Attempts at Wrongful Death (referrals by Defendants to provide (Ensure/Double Portion Meals) to End (Hunger Strike) need re-prescribed for (6) Ensures (3X) Daily to increase weight

I. Approximate date of disposition: Need Emergency (Nutritional Supplements (Voluntarily) trying to eat food (unable to increase weight from (140 lbs for 40+ days now) or for (7) months (i.e. 170 lbs since July 2019, original weight 235 lbs) need (Emergency Care)!

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Plaintiff is trapped in cell w/ illegal (No Supplies) sign on door (Need Hospital bed)! Emergency!!! have strong body odor, all staff are ignoring him (denying all request (Daily)! Fredrick Graham is a federal prisoner serving (105) months at (MCFP Springfield) he has (2) years or less before his release date (2022); he has developed (Organ Failure) from a (7) month (Protected Conduct) Hunger Strike; were he is now (i.e. Spitting up Blood; unable to Urinate (Standing) w/o Yellowish (Clear) Fluids/leaking (dripping) down his legs from his rectum (uncontrollable) (Daily); Eyes are discolored (hurts) from (Kidney) disease (diagnosed in (2010) also in (May 2019) by (see Lab results); Plaintiff has had (52) Unnecessary Use of Force (Excessive Force) Force Feeding, and the (NG) tube placed down his nasal cavity (damaging his/rupturing nose); and has been (mandated) to received treatment (Daily) by (Medical Personnel) by a Dr. Edinger (Clinical Director) on (9/19/19) as a Plan (Voluntary Hunger Strike) to which he received (Therapy) for (Please Investigate Laboratories and all Medical Records (Court Ordered) pertaining to (Hunger Strike); he was receiving treatment (in cell) (Daily) with (6) Ensures (Plus) at (350 Calories) per Carton (twice Daily) for (Organ Failure/Deterioration (Excessive-Weight Loss) (i.e. loss (95-105 lbs) since (2019 Hunger Strike); he was (235 lbs) now he is (144 lbs) and on (12/3/**19**) he loss (23-30 lbs) in (48-72 hrs) of the first day his (Ensure Plus) was (illegally) discontinued by T. Ross/Dr. Boyd upon (new arrival) to (AUSP) Thomson, Ill. from (USP) Lewisburg, PA; (for no reason) causing (casual connection/campaign harassment (premeditated) conspiracy to commit (Wrongful Death) by (Torture) Medical Negligence for (38) days (almost died on 1/8/19) in (E1-C02) cell after being denied (Ensure/Force Feeding) for (38 days) at (Medical Center); (Plaintiff is Tortured now with a (No Supplies) sign on his cell door and denied Commissary or (Paper/Stamps, Envelopes) by C.O. Cherry, Warden Smith, and he wish to hold J. Krueger in (Contempt of Court) joining (Graham v. Krueger, et al, 2:19-CV-00276-JRS (7th Cir)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Plaintiff was illegally (Judo-Thrown) by C. Mercado, on (12-10-19) unconstitutional slamming on his (chin) causing (3 by 2) inch gash to (chin); dislocation (fractured) jaw bones; (knocked unconscious); suffered chipped (fractured) left/right knee caps; dark (bruises/scars-permanant) on wrist/waist (swollen 1-2 inches from surface) around waist (i.e; after a medical exam he was slammed inside a (unconstitutional) Interview Room by (C. Mercado) in front of a (V. Garcia) after she created a hostile environment behind the (Immediate) transfer while on the (6) month (Hunger Strike) as she (denied) Ensures; he was then rushed (while having stoke) (blacking out) by (C. Mercado) across (lobby) to his cell (unable) to walk, he was pushed in cell (EA-119L) by (C. Mercado) as (Graham) complied to their (policy/procedures) of standing (rear/back facing cell door) he was (aggressively/swiftly) pulled backwards from the said cell after awaiting cell door to be closed (as protocol he was to be released after crossing threshold) he was (Battered/Assaulted) after (said) Excessive Force, and (illegally) placed in (unconstitutional) (noose-like) Ambulatory restraints by (Lt Williams) (i.e., Martin Chain (pulled) up by (4) Custody/Lt. Williams after (1) hour while he was placed in (Z-123) on his back he was (smacked/face smash) for (28-30) hours (hourly) by (plastic shield) and denied (stitches/X-Rays or cleanings of gash/wounds to wrist; waist/knees;) he bled for (30) hours until the next day; (blood drops stain areas up until this date) also blood on cell floor, and T. Ross/V. Garcia (see hand-held cameras) denied (stitches) he has (Degenerative Joint/Spinal Cord (Deterioration)/Disabled since (2006) and the said restraints crushed his (Spinal Cord/Paralysis) he was (videod) for (6) Force Feedings on (12/31/19-1/1/20) which he was (placed in restraint chair) illegally and forced (3) cartons of (Ensure Original @ 250 Calories) Less excessive weight from (said feedings) 150-144 lbs) transferred to (MCFP) Springfield, Mo. on (1/2/20) and almost died on (1/8/20) from the (38) straight days of (Torture) from the (illegal stop) of (6) Ensure Original Cartons by (Smith) J.E. Kruger, C/O Cherry, Lt. Deutsch, (A.SA) Bagwell, Propst, and was illegally placed (forced) to sleep on the (concrete) floor (for (12) days now here at Springfield) need to receive (Emergency Room Care/Hospital Bed and Ensure/Double Portion to End (Strike)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. (Need Immediate Prescriptions for (Ensure/Nerve, Pain Meds!) (ALL medications were again (illegally) stopped by Medical again on (1/2/19) (need canines preserved) (Immediate) Placement in Infirmary / Hospital or General Population) urgently; at Federal Medical Center (Permanently Designated) at Medium Security until 2022); Provided (Nutritional Supplements) for (Therapy / Treatment) at (6) twice (Daily) or (4) 3X (Daily) w/ Double Portion (Certified Meal); Nerve Medication; to be treated for (acting Organ (Liver/Kidney) Failure; Resignations for (ALL) Defendants in (Motions); Labs; Medical Records from (May 2019 - Jan. 2020) Monetary Relief: $4.4 million (Conspiracy) to Wrongful Death / Attempted (Premeditated) Murder, etc. (Need Wheelchair (Impressions (Dentures)

VI.     The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO (Artificial Teeth)

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __15th__ day of __Jan.__, 20__20__

Signed this 15th day of January, 2020

Fredrick Graham
(Signature of plaintiff or plaintiffs)

Fredrick Graham
(Print name)

27970-044
(I.D. Number)

(MCJP) Springfield (Federal Medical Center)
Post Office Box 4000
Springfield, Missouri 65801
(Address)

Fredrick Draham
Reg. No. # 27970-044
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
21 JAN 2020 PM 2 L



2020 JAN 27 PM 8:04

01/27/2020-12

Office Of the
Clerk Of The U.S. District Court
United States Courthouse
Northern District Of Illinois

Chicago, Illinois
60604

"Legal Mail"
10/16/20

U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem of which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

JAN 17 2020

✓
EH