FILED

JAN 31 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court
For The Northern District Of Illinois

Fredrick Draham (27970-044)
Plaintiff,

v.

(F.S.A.) Pavlov, U.S. Foods,
(MCFP) Springfield Religious Services,
Klatt Foods, et al.
Defendants.

Case No. 1:20-cv-00111-JJTharp, Jr.
"Jury Trial Demanded"

Housing 2 Unit

Fed.R.Civ.Proc. 4(i): Service, Agreement to Resolve Claim on (Certified Meal)

Comes now, Fredrick Draham, pro se Plaintiff serving the Food Service Administrator, U.S. Foods, Religious Services, and Klatt for the Certified Meal plan and the Food Service Menu should be revised (Immediately) and the (Defendants) shall be held in Contempt of Court and sanctioned upon the (30) day deadline of the refusal to respond individually in their capacities according to Federal Rules of Civil Procedures. The immediate plan should accommodate the Certified meals due to the excessive inadequate small portions and the Food Service meals are not prepared (Daily) with Contracted items; (i.e, raw vegetables, pastries, peanut butter/jelly, (4) slices of bread, and the breakfast/and lunch meals shall be prepared with pastries/and fruit also breakfast meals lack (hot water) for the inadequate (4oz) Hot Cereal packages, etc.) Coffee/Hot Water (Daily) for Breakfast and Peanut Butter @ Dinner, etc.

1

Relief: (Double Portion Meals w/ Pastries and Fruit for Brk/Lunch) also: (1) Breakfast Meal w/ Cold Cereal, Pastry and Peanut Butter w/ the Jelly that is equivalent to Breakf (Regular) meals.

The Relief would be to have the monetary sum of 1.8 million for the Constitution violations of Humanitarian Rights / Human Rights of the Establishment Clause; for the tampering with Certified Meals and the procedures of preparing the meals; the Meals should meet the quantity means of (3,000 Calorie / High Protein - High Calorie portions; the containers shall be (sealed) and replaced with a larger container twice the size of the Original Klatt food portions for the (Hot) Meals; and due to the plaintiff receiving liquid feces running from his rectum at the same time he urinates at an uncontrollable level; he request to have the Squeezable Tomatoe Juice / Packaged Milk, and (Hot) Cereal Packages removed from the Certified Meals / Food Service Menus and the items replaced with (Raw Vegetables, Carton Milk (Kosher) (Hot) Cereal Cartons (Containers) to be served w/ Contracted (ie Cheese Danishes, Pastries, Cookies, Cakes, Donuts, and also w/ Cold Cereal Cartons (Containers) at a larger portioned sized similar to the large portion size of the Regular meal (Food Trays) as Equal Rights / and the adequate portion; also the meals shall be (sealed) and delivered directly to me and not opened by (Custody) staff during meal pass, also I demand an (Double Portion w/ Pastries (Cold Cereal only) for Breakfast, and Peanut Butter for Extra Protein w/ Jelly Banana). (Immediately) and pastries.

Fredrick Dicham
#27970-044 / Plaintiff
(MCJP) Springfield, Mo
Post Office Box 4000
Springfield, Mo. 65801

Dated: January 18, 2020

2

10-E

| | |
|---|---|
| **Housing Unit:** | E01-002L |
| **Inmate Name:** | raham, Fredrick |
| **Reg Number:** | 27970-044 |

First, your written requests need to begin with an inmate request to staff documented on the proper form.

Second, this is not a religious issue. Chaplains only determine eligibility for participants on the list. Any concerns or complaints with actual meals served is a food production issue and should be addressed directly with Food Service Management. Your complaints have been forwarded accordingly.

Further, if you are not satisfied with their response, you have the option to voluntarily withdraw from common fare if you feel you need more calories through double portions. You may consult with a dietitian to best tailor your diet to your needs.

Finally, you have the administrative remedy process available to you through your counselor. You must exhaust that process in sequential order prior to attempting any sort of judicial relief.



Fredrick Graham
Reg. No. #27970-044
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000



"Legal Mail"
1/20/20

01/31/2020-11

Office Of The
Clerk Of The U.S. District Court
Federal Court Building
United States Courthouse (7th Circuit)
Northern District of Illinois (Chicago)
901 U.S. Courthouse (address unknown)
Chicago, Illinois 60604

U.S Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed **letter was processed through** special mailing **procedures for forwarding** to you. The letter has been **neither opened** nor inspected. If the writer raises a question or problem of which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer **encloses correspondence** for forwarding to another address, please return the enclosure to the above address.

JAN 22 2020

1/20/20

