FILED
FEB 14 2020 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court For The
Northern District of Illinois

Fredrick Graham,
   Plaintiff,

v.                                                      Case: 1:20-cv-00111-JJT
                                                         "Jury Trial Demanded"

C. Mercado, et al.
   Defendants.

## Affidavit / Declaration

I swear under penalty of perjury that I, Fredrick Graham #27970-044, has not one single incident report in his prison records for "201 Fighting w/Inmate", or any violence against another inmate. I have truthfully told (D.H.O. J. Bradley), at hearing that I needed a "Continuance" and provided evidence to have cameras preserved and recorded/reviewed for my innocence, I requested a "Staff Representative" and requested my "Unit Manager" of Dunn; to no avail, and I also provided "Statement", Investigation for "Internal Affairs (S.I.A)", to investigate staff also (S.I.S.) who authorizes (Double Cellings) which was deemed "Unconstitutional" in federal prisons, and the series of "multiple Assaults" against me starting from (1/24/20 - 1/7/20); and the ongoing brutal/severe beatings of (Graham) by (all) "Down South" Gang Members "Blood/Crips"/or violent "Active Gang Members"; while @ (AUSP) Thomson, Ill.; I demand the (Immediate Closure/Government Shutdown or Funding of (AUSP) Thomson, Ill.; and immediate transfer to "Special Needs" yard (General Population) and (Protected) from violent inmates at (AUSP) Thomson, and in custody @ F.B.O.P. prisons. I am housed in a (pepper spray covered cell (D322L) without clean clothes, blankets or socks, also Laundry/Unit Officer's refuse (Commissary/Towels, Clothes since 1/24/20)

1

I have spoken with Unit Team, S.I.S. (Lt. Curry); and (A.W.) also filed to the Property Officers, etc.; and requested (Single Cell Alone) status and now "challenges the "Double Celling" of (Special Needs/ Violent "Active Gang Members") here and demand the "data on prisoners' classification" (said inmates) to prove their associations and prior violence with prison officials, and other inmates, also the "allowance" of officers letting inmates steal personal property of cellmate after these "double celling" brutal assaults/or etc.; and Plaintiff (Graham) demands to check out their backgrounds and work history, including suits or reprimands for "violence/or misbehavior", also "top officials/ Executive Staff" for acts by their subordinates; I have been "starved" and placed in cells (said) denied food and (all) food trays are (extremely small) in portion (size); also I received (2) incident reports for (fighting w/ Thorne, Ward) and need them (Expunged) due to me seeking Criminal Charges against these (violent prisoners); and demand that (Dental) provide (Molding/Impressions) for (front) teeth and (Surgery/or Wire (Broken) Jawbones/Chin) for healing and to prevent (irreparable harm, etc.); I have been brutally assaulted by (Ward #379) who stated "I am going to mask murder (all) these pussy ass (C.O.'s) when I get out!; I am going to come back up here, they don't know who they fucking with!, I'm a masked "Murderer!"; also he said that "I'm going to kill (murder) this bitch ass nigga" in this cell "Blood", talking to "Owens #074", in the vent of (D135) 24/hours (Daily) (Owens) assaulted me in (D104) on (1/25/20) while in handcuffs and is in (D136) and also (Ward #379), is initiating assaults on his person by staff to create a Lawsuit, he was caught punching (2)(D.C.) Inmates in (Rec. Cage); and also he said inside (Exam Room of D-Unit (Medical); also he made officers slam him, he confessed to these violent acts.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Thomson, Ill. on February 7, 2020

Fredrick Graham
Pro Se

2

INMATE NAME Fredrick Graham
REGISTER NUMBER 27970-044
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285



QUAD CITIES IL P&DF
11 FEB 2020 PM

2020 FEB 14 AM 7:59

INMATE IDENTIFICATION CONFIRMED

"Legal Mail"
2/7/20

02/14/2020-2

Clerk of the Court
Northern District of Illinois
United States District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**FEDERAL BUREAU OF PRISONS**
**POST OFFICE BOX 1002**
**THOMSON, IL 61285**

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

**AUSP Thomson**

FEB 11 2020

Received in CSD