FILED
FEB 14 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court For The
Northern District of Illinois

Fredrick Graham,
    Plaintiff,
v.                      Case No. 1:20-cv-00111-JJT
                             "Jury Trial Demanded"
C. Mercado, et al.,
    Defendants.

"Protective Order"

Comes Now, Fredrick Graham, pro se, confined at (AUSP) Thomson, Ill., has been severely injured again on February 7, 2020, behind the unconstitutional "Double Celling", with a dangerous/violent federal prisoner; D. Ward #379, who brutally battered/assaulted Plaintiff as he bent to consume his nerve medication at the food slot inside cell "D135L"; after Plaintiff grasped the food tray (hot/cold) with his left hand and accepted the said "nerve meds", with his right hand; the (said) D. Ward #379, stood behind (Graham) and when he consumed the medication and turned to proceed to his assigned area, lower bunk, the violent inmate began to strike the Plaintiff in the face, head and "knocked the hot food tray onto the floor (concrete) under (Graham's) feet before he could pass the inmate, causing (Graham) to slip and fall (i.e., injuring his spinal cord, neck, elbows, and left knee; also he was punched in the head, forehead and temple areas over (45) to (50) plus times and his jaws also chin was broken (re-injured) and now he has limited eye sight in left eye and cracks in chin (swollen/both temples, cheeks and jaw bones are (dislocated); limiting the ability to eat, or talk, and he need "Emergency" assistance with Liquid (Special Diet) to properly consume meals also "X-Rays/M.R.I.", to locate injuries, he was denied (Tennis Shoes (Medically)), knee braces/sleeves, ankle wraps, and back brace/wrap by doctor on (2/6/20) with "Evil Intent", negligence.

1

(.Graham (never) had a incident report for fighting the entire (2000-2020) in (F.B.O.P.)

Plaintiff was shown deliberate indifference after the first (3) physical assaults (Excessive Force) behind the "Failure to Protect" him against "Gang Members" at (AUSP) Thomson; and now he is experiencing severe pain and bleeding in connection to (Custody/Prison Administrators) pattern of abuse and placement of "Special Needs", non-violent prisoners that were transferred from "Sex Offender Yards", where they are housed in general population with actual "Sex Offenders"; which "Active Gang Members", called "Active Yards", where "Dangerous/Violent Prisoners", vow to physically assault any inmate/prisoner that ever went into general population of a "Special Needs /or Sex Offender" prison yard; there are (3) three "Special Needs Prisons" in the Federal Bureau of Prisons, (USP) Terre Haute, IN; Coleman (II), Florida; Tucson, AZ, and (.Graham) was transferred from (USP) Terre Haute, IN were he has been in custody since (2016) before transferred (illegally) to (AUSP) Thomson.

see Siggers-El v. Barlow, 433 F. Supp. 2d 811 (E.D. Mich 2006); and (.Graham) now supports his grounds for compensatory damages also punitive awards in the Original complaint under the claims set for against defendants and Co-Defendants, Co-Conspirators; after he was transferred in retaliation for complaints the Warden Hudson, (AW) Kirby (illegally) placed (Ward #379) in the Plaintiff's cell (D135) after (.Graham) was assaulted (numerous times); (i.e; upon (new) arrival and return from medical/mental health (evaluations) @ (MCFP) Springfield, Mo.; on (1/24/20); (.Graham) was (placed/forced) in cell (E138) with a dangerous/violent prisoner named (Thorne #056); and brutally assaulted while (2) Corruptive (see Employee files)(Custody) Officer's) watched; also on (1/24/20) C.O. Walters, paid (Thorne #056) a (Sack Meal) and (Extra Tray/ and moved him to cell #47 in E1); instead of placing (.Graham) in the assigned cell (E147) he was forced to (Double Cell) with (violent inmate Thorne #056), denied his (Religious/Common Fare (Certified Meal); and forced to sleep in (inhumane conditions (denied X-Ray, etc.); as a (Asthmatic) prisoner with officers Fulton, C.O.'s Blackburn (I), and (II) harassing him and removed him (illegally) from (Common Fare) on (1/25/20); also on (1/25/20) (.Graham) was brutally assaulted by another violent dangerous prisoner (Owens #074) while in handcuffs on (camera) in cell (D104)..

2

Graham was forced in cell with (Owens #074) known "Active Gang Member /or Blood"; by Z. Denniston (Lt.); and (C.O.) Herrig; and while on camera they allowed (Owens #074); to be removed from handcuffs first which he immediately used "deadly blows" to the head, face of (Graham) on (hand-held camera, see camera and medical assessment); also again on (1/31/20) @ breakfast (Graham) was assaulted after he grasped his food tray after being (forced) to (Double Cell) with a (third) "Active Gang Member" (Smith #057) a known "Blood" (all) (4) prisoners are "Bloods" from the "Dirty South /or "The South" or INI /or Texas Family "Prison Gangs"; which (Smith) brutally assaulted and (cracked) (Graham's) forehead (gouged out his left eye, or eyes); damaged arms /knees (re-injured) jaws; and Spinal cord; (need X-Ray (Immediately); and used (deadly blows) after he knocked (dry cereal food tray) all over the floor after (Graham) passed after leaving food slot, he yelled for (Custody) Staff to no avail, (Smith) punched Plaintiff in the face for (15) or more minutes; and (Graham) was placed again by (A.W); and (C.O. Weursema and W. Dunnett;) and (B. Mullins) in cell (D135) without clothes or shoes by (Lt. Murillo) and with (violent/dangerous "Blood" (Ward #379); and forced to (Double Cell) without (shoes) only paper socks and denied (clean clothes) for (5) days; and seen (doctor (H.S.A) Penny) on (2/5/20) who denied (Lower tier /or Lower bunk, soft shoe (tennis shoe renewal of permit) causing (Graham) to be assaulted by (Ward #379) without shoes on and slipping and falling on (rice /beans, carrots) severe damage to spinal cord, and paralysis to left hand @ thighs, also (tendonitis) to elbows /knees, and pinched nerves in rear (nape) neck; these also (medical personnel) also denied (X-Ray /pain medication) Graham now seeks compensatory damages for ($16.8 million) and punitive damages for additional ($2.4 million for (re-injuries) Excessive Force, etc.; also (Double Celling); relief: (that he receive a Medium Security transfer, incident reports from the (said) assaults (expunged) and the restrictions (by (D.A.O) J. Bradley on (2/5/20) be restored (also) "Single Cell Alone Status", and (full) adequate (clothing); personal property also legal material provided (Immediately).

I declare under penalty of perjury that the foregoing is true and correct, at (AUSP) Thomson Dated this 7th day of February, 2020.

Fredrick Graham, pro se

3

INMATE NAME Fredrick Graham
REGISTER NUMBER 27970-044
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 1 T
11 FEB 2020 PM

2020 FEB 14 AM 7:59

INMATE IDENTIFICATION CONFIRMED

"Legal Mail"
2/7/20


02/14/2020-2

Clerk of the Court
Northern District of Illinois
United States District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.

AUSP Thomson

FEB 11 2020

Received in CSD