**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Fredrick Graham (27970-044), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20 C 0111 |
| v. ) | |
| ) | Hon. John J. Tharp, Jr. |
| C. Mercado, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

     By order dated February 18, 2020 [14], the Court noted that the next step in this litigation is for Plaintiff to submit an amended complaint addressing the concerns discussed in its February 12, 2020 order [12]. The Court also advised Plaintiff that letters, declarations, statements, and similar documents are improper so they will not be considered when the Court screens any proposed amended complaint. The Clerk subsequently docketed another affidavit [15] and statement [16] from Plaintiff (which had been received by the Clerk's Office before entry of the Court's most recent order. These documents will not be considered by the Court and further submissions untethered to any claims before this Court will be stricken from the docket.

Date:  February 20, 2020                              /s/    John J. Tharp, Jr.
                                                                                      John J. Tharp, Jr.
                                                                                      United States District Judge