In The United States District Court
For The Northern District Of Illinois

FILED
FEB 21 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Fredrick Graham,
    Plaintiff
v.

Case: 1:20-cv-00111-(JJTII)
"Jury Trial Demanded"

C. Mercado, et. al;
    Defendants.

Serious Criminal / Civil Complaint; (Restraining Order)

On, Friday, January 31, 2020, the Plaintiff Fredrick Graham, was repeatedly assaulted (gruesomely) by his cell mate in cell "Golf" Unit, Range 1, cell #04, he was placed in (3) cells since his arrival back from (MCFP) Springfield, Mo. on (1/24/20); he has been starved and denied meals (Common Fare) Certified Meals, after he declare a (7) Hunger Strike, he was placed in cell #4, in D Unit - Range (1); were he was assaulted in (handcuffs / behind his back - on hand-held camera) only to have another inmate from (North Carolina) placed-back in the cell after (B. Mullins) again seen (Graham) without a cell mate and staged another assault (ie. on (1/24/20, the inmate (Thorne) #59241-056, was placed in the cell with (Plaintiff) after Graham requested (Protective Custody) and declare a Hunger Strike, also (Graham) has a (Cell Alone) status that has been in his file for (20 months) now and he has been litigating (Double-Celling) is deem unconstitutional and he request (Criminal Prosecutions) on a (Smith, #056 - or #057;) that was illegally celled with (Graham); this morning (Graham) suffered (large knot (swelling) to (R) Right Eye, (R) cheek, large knot (R) forehead, (L) Left forehead (Top); (L) Jaw bone / cheek area, massive swelling to left side of his face, laceration in mouth, knots on head and his left eye was gouged with finger

1

of (Inmate Smith) and he has injuries to eyesight (cannot see out of (L) Left eye, and his neck is stiff, he believes he has multiple injuries to his person and request (Immediate Transfer) for Threat Assessments also (Prison Officials continue to violate my constitutional rights by beating me and denying medical care; see hand held medical assessment;) I had to yell for Guards to come and stop Smith from brutally assaulting me and gouging out my (L) Left eye and almost breaking my neck, I then was on the floor, and the Lieutentant and Officer's refused to place me back in cell with my personal property, and removed me (made me handcuff first after I was injured on the cells floor (SA-104L); I then was placed in paper clothing and left in shower and denied my breakfast meal, by C.O. Mullins, and all of the (Custody) staff; B. Mullins, and Officer's replaced (Smith #056/or #057) back inside (cell #4) and allowed him to steal ('24') Postage Stamps, (1) Beef Summer Sausage, my hygiene products and my ink pens; these are the rewards (Custody) are paying inmates to assault me, I shall request (Seperations/Single Cell Alone) status; (Challenge Double Celling) at (AUSP) Thomson, Ill., double the monetary relief to (16.8) million, and demand (Criminal Prosecution) and I ore (all) staff involved.

Dated: 31st day of January, 2020, I swear under penalty of perjury that the foregoing is true and correct.

Fredrick E. Graham
Plaintiff
#27970-044
(AUSP) Thomson, Ill.
Thomson (P.O. Box 1001),
Thomson, Illinois
61285