FILED

MAR 09 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court
For The Northern District Of Illinois

Fredrick Draham,
        Plaintiff

        V.                          Case No. 1:20-cv-00111
                                    Hon. John J. Tharp Jr.

C. Mercado, et al., +

Motion to Alter/Amend, Add Monell Claim

I, Fredrick Draham, now confined at (AVSP) Thomson, IL.;
he has been transferred back from (MCFP) Springfield, Mo., on (1/24/20);
which he has received brutal assaults on (ie. the exact same day (1/24/20),
also (the next day (1/25/20) while in handcuffs on hand held camera; on
(1/31/20), and (2/7/20); by violent "Active" Blood gang members);
he has requested protection, separation from the inmates as a "Special Needs",
(ie. assisted the federal government), and his transfer from (USP) Terre
Haute, IN; which he can mandatory murdered or assaulted by dangerous
inmates behind his transfer from a prison yard where "Sex Offenders" and
"Special Needs" inmates are housed; he has been placed (forced) in another
cell at (AVSP) (D304L) with another "Blood Gang Member", and the inmates
are housed next door (D305) and (D327) upstairs in his vent that are
ordering his cellmate to find another cell or assault me, my cellmate
did hand deliver/verbally demand Case Manager Mr. Dwyer/Mr. Shones
(who conspired to have him assaulted in E138) on (1/24/20) w/ C.O. Waltert
and B. Mullins; Draham has now declared a "Hunger Strike" and has
been refusing meals since (2/27/20) at Lunch on C.O. Heim, Waltert,

1

and Lt. Dix, Lt. Williams, Lt. McDowell and other Officer's like Goynes, Troutman and Walls, etc. are refusing to document his "Food Strike", he had his cell destroyed twice in (24) hours by the Evening Watch and Day Watch staff that he requested seperations from, (ie. C.O. Weisenck who placed dangerous inmate in cell (D135) to assault Graham, and other officers, (Officer In Charge); he was placed on a (Metal Box) to hold "food tray" for (2) hours, and he was informing all staff of his "Hunger Strike", he later viewed a female guard and Lt. Dix pass out food tray, he denied/refused his Certified Meal, and it was placed in the "Metal Box", his cellmate then asked for an extra food tray and she (ie. Blood w/ Gray Knit Cap) stated "You can have that "Common Fare" meal in the box"; and walked away; Later, after the 9th missed meal, Lt. Dix stated that he was removing the "Metal Box", and C.O. Mayberry and other staff Ms. Walterts (sic) Walters and other staff refuse to remove his cellmate or seperate Graham and C.O. Mayberry / Horton and O.S.C.'s from cell (D304L) and start his "Hunger Strike", he has request a "Voluntary Order For Ensure" which was taken upon (new) arrival and used as a tactic to starve and kill him by denying (Ensure) at (AVSP) and (MCFP), also his jaw was broken and he received scars, black eyes, knots on face/head and was denied, ice, wiring of chin/jaw also stitches/lacerations also his food was knocked on his cell floors, and he is denied (MP3) by his Unit Team (Shomo, Zumkehr, and Dwyer); enabling him from taking the program which is unconstitutional; he has been denied Clean (new) clothes since his arrival back from (MCFP) on (1/24/20) by Ms. Wolfe, Mr. Sanchez and he was severely injured in (D135) by dangerous "Blood", while accepting his food tray/medication as (Custody) C.O. Trenbaugh watched, also while he was in Paper Clothing w/o Shoes or socks, etc.

2

The claims are against munipal and city/ contracted guards or prison officials that show patterns of practices; like guards routinely "cooking" away and fail to act by "Single Celling" Plaintiff in a Unit with (22) occupied cells and (26) open cells (ie. entire top tier and (2) cells are open out of (50) cells in (D3);) also (H-Unit) is empty (4) Ranges also (D4) is empty, also my cellmate requested to move to (D327); and was denied by Dwyer/ Unit Manager, O.I.C.; also the failure to protect from "Active Inmates", after being beverely beaten; gives grounds for Suing guards, prison contracter, Supervisors for failure to protect from the assaults after Graham informed them via grievance (cop-outs), etc.; and the private citizens, such as doctors, nurses for refusing tennis shoes (his "Croc" sandles fell off his feet several times during the brutal assaults in cells (C138), (D104) (twice); and the denials of Soft Shoe permit and back brace, knee wraps caused him to re-injure his knees Spinal cord when (on 2/5/20), doctor/(H.S.A.) Ms. Penny refused to seperate (X Ray broken jaw, etc.) caused his jaw to be re-broken on (2/5/20) he request "Single cell status" and "Voluntary" Ensure for "Hunger Strike".

Certificate Of Service

I swear under penalty of perjury that the foregoing is true and correct to the best of his ability.
Dated March 2, 2020, at (AUSP) Thomson, IL

Fredrick Graham, Pro Se
#27970-044
(AUSP) Thomson, IL
P.O. Box 1001
Thomson, IL 61285

INMATE NAME _Medrick Graham_
REGISTER NUMBER _27970-044_
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

"Legal Mail"
3/2/20

2020 MAR -9 AM 7:48

03/09/2020-10

INMATE
IDENTIFICATION
CONFIRMED



QUAD CITIES IL P50Ŧ
IL 612 ZL
04 MAR 2020 PM

Office of
Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois
60604

FOREVER / USA

AUSP Thomson

MAR 0 4 2020

Received in CSD

**FEDERAL BUREAU OF PRISONS**
**POST OFFICE BOX 1002**
**THOMSON, IL 61285**

The enclosed **letter was processed on** _____ through special
mailing procedures. **The letter has neither** been opened nor
inspected. **If the writer raises a question or problem over which**
this facility has jurisdiction, you may wish to return the material
for further information or clarification. If the writer enclosed
correspondence for forwarding to another addressee, please return
the enclosed materials to the above address.