ER

**FILED**

MAR 0 9 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court
For The Northern District Of Illinois

Fredrick Draham,
    Plaintiff,

v.

                Case No. 1:20-cv-00111
                Hon. John J. Sharp Jr.

C. Mercado, et al, +

Plaintiffs request for Production of Documents

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Plaintiff requests that Defendants produce for inspection and copying the following documents; camera footage, cell assignments:

1. The complete prison records of all Dental Records of Plaintiff.
2. All written statements, original or copies, identifiable as reports about the incident on August 2, 2019, thru March 2, 2020 during the "Hunger Strikes", made by BOP, DOJ employees, and/or witnesses.
3. Any and all Medical records of Plaintiff from the dates (11/1/19); thru (3/2/20); also (Soft Sole permits, denture plate permits and approved feedings for dentures, partials, impressions/artificial teeth or treatments, Ensure (Original/Plus) supplements, etc. in BOP custody, and officers on duty on (1/24/20, 1/25/20, 1/31/20, 2/7/20).
4. Any and all rules, regulations, and policies of (AUSP) Thomson, IL, and (MCFP) Springfield about battery, ambulatory restraints, celling, classification, reprimands, complaints, employee conduct, and hunger strikes.

Dated: March 2, 2020
Signed: Fredrick Draham

1

INMATE NAME _Fredrick Graham_
REGISTER NUMBER _27970-044_
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 2 L
04 MAR 2020 PM


FOREVER / USA

2020 MAR -9  AM 7: 48



03/09/2020-10

"Legal Mail"
3/2/20

INMATE
IDENTIFICATION
CONFIRMED

Office Of
Clerk Of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois
60604

606043**1800

**FEDERAL BUREAU OF PRISONS**
**POST OFFICE BOX 1002**
**THOMSON, IL 61285**

**AUSP Thomson**

**MAR 0 4 2020**

**Received in CSD**

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.