In The United States District Court
For The Northern District Of Illinois

FILED
MAR 09 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Fredrick Graham,
  Plaintiff
v.

C. Mercado, et al., +
  Defendants

### Notice/or Request to Rew Orders, Monell Claim

I, Fredrick Graham, request to receive permission to add Monell Claims against Dental Ms. Wong, Medical, Mental Health and Custody staff here at (AUSP) Thomson, IL; and that he receives "Voluntary" ability to receive (Ensure Original or Plus) the entire/daily during his "Hunger Strike", also "Single Cell" status and deem "Double Celling" unconstitutional, he needs a threat assessment for transfer to "Medical Facility" and the Neglect from Dental staff, warrants a Court order to receive (Denture/Partials) for from teeth (top)/Artificial Teeth, Dental Impressions also that he receives (Teeth) immediately to be ordered/delivered within 6-8 weeks for his jury trial in (8th Cir) St. Louis, Mo.; for hearings/testimonies, etc.

Dated: March 2, 2020

          Fredrick Graham,
          Pro Se

(AUSP) Thomson, Ill.
P.O. Box 1001
Thomson, IL
61285

INMATE NAME _Medrick Dunham_
REGISTER NUMBER _27970-044_
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

"Legal Mail"
3/2/20



03/09/2020-10

INMATE
IDENTIFICATION
CONFIRMED

2020 MAR -9 AM 7:48

Office of
Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois
60604



**AUSP Thomson**

MAR 0 4 2020

Received in CSD

**FEDERAL BUREAU OF PRISONS**
**POST OFFICE BOX 1002**
**THOMSON, IL 61285**

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.